**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7287**

ROBERT MARTIN BARRITT,

                    Plaintiff - Appellant,

          v.

BOB NEY, Ex-Congressman,

                    Defendant - Appellee.


Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge.  (1:07-cv-00107-IMK-JES)


Submitted:  October 15, 2009           Decided:  October 22, 2009


Before SHEDD, DUNCAN, and AGEE, Circuit Judges.


Dismissed by unpublished per curiam opinion.


Robert Martin Barritt, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Martin Barritt appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Barritt v. Ney, No. 1:07-cv-00107-IMK-JES (N.D.W. Va. June 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2